FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 MAR 25 AM 11 51

_WKS_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOHN R. NEWBERN,

    Plaintiff,

v.

Sheriff WINSTON C. PETERSON,

    Defendants.

7:08-CV-48 (WLS)
7:08-CV-49 (HL)

### ORDER

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 9, 2008. (Doc. 13). It is recommended that Respondent's Motion to Dismiss (Doc. 10) be granted because Petitioner has failed to exhaust available state judicial remedies. *Id*. No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss (Doc. 10) is **GRANTED**. Petitioner's habeas corpus petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to refile once he has exhausted the remedies available to him in the state court system.

SO ORDERED, this 24th day of March, 2009.

/s/ W. Louis Sands
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE

1